United States Court of Appeals

Fifth Circuit

**F I L E D**

**February 24, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-41147
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ADRIAN MIGUEL GAYTAN-SILVA,
also known a Joaquin Rendon-Carreo,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:04-CR-672-ALL
--------------------

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender representing Adrian Miguel
Gaytan-Silva has requested leave to withdraw and has filed a
brief as required by Anders v. California, 386 U.S. 738 (1967).
Gaytan-Silva has not filed a response to the motion. Our
independent review of the brief and the record discloses no
nonfrivolous issues for appeal. Counsel's motion for leave to
withdraw is GRANTED, counsel is excused from further

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

responsibilities, and the appeal is DISMISSED.  See 5th CIR. R.

42.2